UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| UNITED STATES OF AMERICA, | No. 2:17-CR-0101-WFN-20 |
|---|---|
| Plaintiff, | ORDER DENYING UNOPPOSED MOTION TO MODIFY CONDITIONS |
| v. | |
| OLTON LEON GAINES, | **MOTION DENIED**<br>**(ECF No. 408)** |
| Defendant. | |

    Before the Court is Defendant's Motion to Remove GPS Ankle Monitor. ECF No. 408.

    Defendant recites in his motion that he is currently looking for employment and "believes" without elaboration that the ankle monitor is a deterrent for prospective employers.  ECF No. 408 at 1.

    Defendant further recites that the United States has deferred to the recommendation of U.S. Probation and that U.S. Probation defers to the judgment of this Court.  ECF No. 408 at 1.

    This Court finds that Defendant has not established circumstances that would justify modification of the previously imposed conditions of release. Defendant's motion, **ECF No. 408**, is **DENIED**.

    **IT IS SO ORDERED.**

    DATED July 21, 2017.



                                      _____
                                      JOHN T. RODGERS
                          UNITED STATES MAGISTRATE JUDGE

ORDER  - 1