# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLTON LEON GAINES,<br><br>Defendant. | No. 2:17-CR-00101-WFN-20<br><br>ORDER DENYING MODIFICATION OF RELEASE CONDITIONS<br><br>**MOTION DENIED**<br>  **(ECF No. 519)** |

Before the Court is Defendant's Motion to Modify Release Conditions. ECF No. 519.

In his motion, Defendant requests that he be allowed to travel to Western Washington and Northern Idaho for the purposes of his employment. ECF No. 519 at 1. However, Defendant does not provide enough information about the requested travel for this Court to consider the motion.

Therefore, Defendant's motion, **ECF No. 519**, is **DENIED**, **with leave to renew.** The Court requires additional information: including, but not limited to, the type of employment, the frequency and manner of travel, whether or not the Defendant proposes to be out of the district over night or for extended periods of time and if so, where he will stay, and the proposed method of contact to be employed with Pretrial Services while Defendant is traveling.

**IT IS SO ORDERED.**

DATED August 29, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1