5    UNITED STATES DISTRICT COURT
6    EASTERN DISTRICT OF WASHINGTON

7
8    UNITED STATES OF AMERICA,                 No. 2:17-CR-00101-WFN-20

9                    Plaintiff,
                                               ORDER GRANTING
10                                             MODIFICATION OF RELEASE
                 v.                            CONDITIONS AND MOTION TO
11                                             EXPEDITE
12   OLTON LEON GAINES,
                                                    **MOTIONS GRANTED**
13                   Defendant.                     **(ECF No. 527, 528)**
14

15       Before the Court is Defendant's Renewed Motion to Modify Release
16  Conditions. ECF No. 527.  In his renewed motion, Defendant requests that he be
17  allowed to travel to Western Washington and Northern Idaho for the purposes of
18  his employment. ECF No. 527 at 1.  Defendant recites that he will be driving a
19  company box truck, selling automotive parts out of the truck, and traveling to cities
20  in Western, Central, and Eastern Washington and Northern Idaho to make sales.
21  ECF No. 527 at 2.  Defendant reports that he will notify his probation officer, Erik
22  Carlson, in advance of every trip. ECF No. 527 at 2.  Neither the United States, nor
23  U.S. Probation oppose this requested modification.  ECF No. 527 at 2.
24       Therefore, IT IS ORDERED, that Defendant's release conditions be
25  modified as follows:
26
27  **(14)** Defendant shall remain in the States of Washington and Idaho while the case
           is pending, *on condition* Defendant notify his Pretrial services officer when
28         work takes him outside the Eastern District of Washington, and provide

ORDER - 1

reliable means to contact him when he is outside the district.  By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

All other conditions not inconsistent herewith remain in full force and effect. Defendant's motions, **ECF No. 527 and 528**, are **GRANTED**.

**IT IS SO ORDERED.**

DATED September 1, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE