UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OLTON LEON GAINES,<br><br>Defendant. | No. 2:17-CR-00101-WFN-20<br><br>ORDER MODIFYING PRETRIAL RELEASE CONDITIONS<br><br>**MOTION GRANTED**<br>**(ECF No. 580)** |

Before the Court is Defendant's Motion to Modify Release Conditions (Unopposed). ECF No. 42. Defendant asks the Court to remove Condition of Release No. 28, which requires he participate in GPS Monitoring.

Defendant recites in his motion that neither the U.S. Attorney's Office nor the U.S. Probation Office object to the modification, and that Defendant has not violated his release conditions. ECF No. 580 at 1.

Therefore, **IT IS ORDERED**, that Defendant's Motion, **ECF No. 580**, is **GRANTED**.

Defendant is no longer subject to Condition No. 28 in ECF No. 357. All other terms and conditions of pretrial release not inconsistent herewith are to remain in full force and effect.

**IT IS SO ORDERED**.

DATED November 8, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1